UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| LETCH G. DAY, et al., | ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 5:17-CV-183-CHB |
| v. | ) ) | |
| AIR METHODS CORPORATION, et al., | ) ) | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties having filed a Joint Status Report advising the Court they have reached a tentative agreement for resolution of this matter [R. 98],

**IT IS HEREBY ORDERED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET**.

2. The parties **SHALL** tender a stipulation of dismissal, signed by all parties who have appeared and dismissing this case with prejudice, within **forty-five (45) days from the date of entry of this Order**. If the settlement is not consummated and the stipulation of dismissal is not filed within forty-five (45) days from the date of entry of this Order, the Court will entertain a motion to redocket this action upon application to this Court.

This the 6th day of December, 2018.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY