UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON
CIVIL ACTION NO. 5:17-cv-00183-CHB

*FILED ELECTRONICALLY*

LETCH G. DAY, *et al.*                                                                    PLAINTIFFS,

v.

AIR METHODS CORPORATION *et al.*                                          DEFENDANTS.
_____

PLAINTIFFS' UNOPPOSED MOTION FOR CLASS CERTIFICATION AND
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
_____

Plaintiffs, Letch G. Day, Stephanie E. Fields, Steven D. Frasure, Sonya A. Burkhart, and Edwin Bentley, members of the Kentucky class, and all members of the proposed Settlement Class as defined in the Class Action Settlement Agreement and Release (Plaintiffs), through counsel, move the court for preliminary approval of the attached Class Action Settlement Agreement and Release (Exhibit A) along with the attachments thereto (Exhibit A-1, Individual Settlement Payments; A-2, Proposed Notice; and, A-3, Opt-Out Form)[1].

The Class Action Settlement Agreement and Release provides for a Gross Settlement Fund of $5,026,204.31 which includes up to $900,000 in attorneys' fees (*see* p. 4 of Plaintiffs' supporting memorandum). Accordingly, Plaintiffs move the court for approval of $900,000 in attorneys' fees as provided for in the Settlement.

Plaintiffs submit their supporting memorandum and request that the court enter the unopposed order tendered with this motion. AMC does not oppose the instant

---

[1] Pursuant to the Settlement Agreement, Defendants have been provided with a copy of this motion and have advised there are no objections to relief requested herein.

motion and consents to the entry of the proposed order.

ARNOLD & MILLER, PLC

/s/ Charles W. Arnold, Esq.
Charles W. Arnold, Esq.
Christopher D. Miller, Esq.
401 West Main Street; Suite 303
Lexington, Kentucky 40507
Telephone: 859.381.9999
Facsimile: 859.389.6666
Email: carnold@arnoldmillerlaw.com
Email: cmiller@arnoldmillerlaw.com

and

COWAN LAW OFFICE, PLC
J. Robert Cowan, Esq.
Gerry L. Calvert, II, Esq.
2401 Regency Road; Suite 300
Lexington, Kentucky 40503
Telephone: 859.523.8883
Facsimile: 859.523.8885
Email: kylaw@cowanlawky.com
Email: gcalvert@cowanlawky.com

COUNSEL FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed and served upon all counsel of record through the Court's Case Management and Electronic Case Filing (CM/ECF) system on January 22, 2019.

/s/ Charles W. Arnold, Esq.
Co-Counsel for Plaintiffs
